AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED IN OPEN COURT
7·28·15
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

RONALD EUGENE MABREY, JR.

**CRIMINAL COMPLAINT**

Case Number: 3:15-mj-1135-MCR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 21, 2015, at Callahan, in Nassau County, in the Middle District of Florida, RONALD EUGENE MABREY, JR. did knowingly receive a visual depiction using a means and facility of interstate commerce, that is, by computer via the internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which is specifically identified in the computer file titled "1179527368889.jpg," in violation of Title 18, United States Code, Section 2252(a)(2).

I further state that I am a Special Agent with Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
ABBIGAIL BECCACCIO, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

July 28, 2015                    at        Jacksonville, Florida

MONTE C. RICHARDSON
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## **AFFIDAVIT**

I, Abbigail Beccaccio, being duly sworn, state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since May 2012. I am currently assigned to the Jacksonville, Florida Division of the FBI where I conduct a variety of investigations in the area of violent crimes. Prior to this assignment, I was employed as Forensics and Technology Unit Supervisor with the Orlando Police Department for approximately 8 years. I have a Bachelor's degree in Molecular Biology & Microbiology. I have received law enforcement training at the FBI Academy at Quantico, Virginia. A portion of my duties are dedicated to investigating cases involving crimes against children under the auspice of the FBI's "Innocent Images" National Initiative. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses, as well as with forensic examiners who have analyzed computer media using by individuals who have committed such offenses. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the possession, collection, production, receipt, and/or transportation of images of child pornography and the solicitation and extortion of children to produce sexually explicit images of themselves. I have been involved in searches of residences pertaining to the possession, collection, production, and/or transportation of child pornography through either the execution of search warrants or through the subject providing written consent to permit a search to be conducted.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes which criminalize the sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and conducted interviews of defendants and witnesses, and have served as an undercover agent in online child pornography cases. I am a member of a local child pornography task force comprised of the FBI, U.S. Homeland Security Investigations, the Florida Department of Law Enforcement, the Jacksonville Sheriff's Office, the St. Johns County Sheriff's Office, and the Clay County Sheriff's Office, among other agencies. We routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that RONALD EUGENE MABREY, JR. has

committed a violation of Title 18, United States Code, Sections 2252(a)(2), that is, receiving child pornography over the internet.

4. This affidavit is made in support of a criminal complaint against RONALD EUGENE MABREY, JR., that is, on or about July 21, 2015, in Nassau County, in the Middle District of Florida, RONALD EUGENE MABREY, JR. did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, the production of which involved the use of minors engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled "1179527368889.jpg," in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

5. On July 27, 2015, FBI Special Agent Lawrence S. Meyer applied for and obtained a federal search warrant for the residence located at 54658 Sheffield Road, Callahan, Florida 32011. I have reviewed the affidavit in support of the application for this search warrant and I am familiar with the facts contained therein. This warrant authorized the search of the residence located at 54658 Sheffield Road, Callahan, Florida 32011, the residence of RONALD EUGENE MABREY, JR. for fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 2252 and 2252A, that is, possession and/or access with intent to view child pornography. This search warrant was issued by United States Magistrate Judge Monte C. Richardson in Case No. 3:15-mj-1133-MCR.

6. On July 28, 2015, I, together with other FBI agents and personnel and law enforcement officers, executed this federal search warrant at the residence located at 54658 Sheffield Road, Callahan, Florida 32011. After securing the residence, agents

conducted a consensual interview with RONALD EUGENE MABREY, JR. MABREY was told that he was not under arrest and was free to leave. MABREY requested and was provided with water and his cigarettes. The interview was conducted both inside and outside an unlocked FBI vehicle. MABREY was advised that he could not smoke in the FBI vehicle, but asked if, when not smoking, he could sit in the air conditioned vehicle with agents. MABREY and interviewing agents stepped outside the vehicle during the approximate 15 smoke breaks, and MABREY was provided two restroom breaks. After being advised of the nature of the interview and the identities of the interviewing agents, MABREY provided the following information:

    a. MABREY admitted to searching for child pornography, downloading child pornography, viewing child pornography, and sexually gratifying himself to child pornography. MABREY stated, "It's a sickness," and "I need help." MABREY also stated, "I prayed last night that y'all would be here and I'm glad you all are here."

    b. MABREY affirmed that he currently uses Windstream for his Internet Service Provider and has since moving to this address in December 2014 or January 2015.

    c. MABREY is the sole user of the Toshiba Satellite laptop computer, model #C55DT-A5106, located in his bedroom and it is password protected.

    d. MABREY explained that his addiction to child pornography started approximately four years ago on the "Motherless" website; from this point he sought images from other easily accessible websites such as Stickcam database and eventually moved on to the "dark web" where he was able to "very easily" find images and videos of

child pornography. MABREY stated, "It's too easy, too accessible."

    e.    MABREY admitted to downloading and looking for all types of child pornography, but stated that he was most interested in images and videos of children between the ages of 14-16 years of age.

    f.    MABREY stated that his computer would contain child pornography images and videos of children as young as eight to nine years of age. MABREY additionally stated that he searched for images and videos of child pornography containing bondage. MABREY estimated that his computer would contain "a couple thousand images" and "approximately 500 videos" of child pornography. The files would be largely located in his "downloads" folder however there was a red/silver USB drive to which he had saved images and videos.

    g.    MABREY used the search terms "jailbait," "pedo," "pthc," and "lola" to search for images and videos of child pornography. MABREY estimated that he spent two to three hours a day looking for child pornography; however, there were days when he was able to stay off the illegal sites.

    h.    MABREY has never told anyone about his addiction to child pornography prior to today, stating people would "judge" him and consider him a "sicko." MABREY does not use any means to conceal his illegal activity, but routinely feels guilt from his addiction and periodically reformats his computer in an effort to correct his illegal behavior.

    i.    MABREY stated that he knew he had a problem, that people who engage in this behavior are pedophiles and that he needs professional help. MABREY

5

was occasionally "disgusted" by the content he downloaded, stating that he did not like the "forced acts" when the child did not look to be enjoying themselves or was heard crying in the background.

   j. MABREY has access to numerous children, including a biological child, however denied any inappropriate contact with anyone under the age of 18.

   k. MABREY asked what would happen to him next and interviewing agents again told him that he was not under arrest and free to go. MABREY then asked what would happen when searchers found the images and videos of child pornography on his computer. MABREY was told that contact would be made with the United States Attorney's Office, and the prosecutor would be advised of his interview and any evidence located on his computer. MABREY asked, "is there any way I can just be prosecuted on this" and asked if there was any way to get it done today.

   l. MABREY is not currently on any medications however does smoke marijuana for back pain. MABREY denied any history of mental illness or depression. MABREY has taken medication for anxiety and back pain in past years. MABREY was previously evaluated for post-traumatic stress disorder but did not require treatment.

   7. Also on July 28, 2015, FBI Forensic Examiner (FE) Andrew Spurlock, who participated in the search of MABREY's residence and computer media, advised me that while on scene conducting an onsite preview of MABREY's Toshiba Satellite Laptop computer model #C55DT-A5106, FE Spurlock located an image file in the "Ron/downloads" folder titled "1179527368889.jpg" which was downloaded/created on July 21, 2015.

8. Later, on July 28, 2015, I viewed the image file titled "1179527368889.jpg" which depicted a nude prepubescent female child approximately ten years old, being anally penetrated by an adult male's penis. Based upon my training and experience, I believe that the image depicts genital-genital intercourse as set forth in 18 U.S.C. § 2256(a)(i), and constitutes sexually explicit conduct. I also viewed another image of what appears to be this same child on the Toshiba laptop computer that was stored together with the first image and has a similarly numbered title. This second image depicts the same child's face and upper body, and confirms that the child is prepubescent, with little to no breast development and very sparse pubic hair.

9. Later on July 28, 2015, I spoke with Assistant United States Attorney Rodney Brown by telephone and advised him of the information set forth above, and he authorized the arrest of MABREY for receipt of child pornography.

10. Based upon the foregoing facts, I have probable cause to believe that on or about July 21, 2015, at Callahan, in Nassau County, in the Middle District of Florida, defendant, RONALD EUGENE MABREY, JR., did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, the production of which involved the use of minors engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is

specifically identified in the computer file titled "1179527368889.jpg," in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

_____
ABBIGAIL BECCACCIO, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this
28 day of July, 2015, at Jacksonville, Florida.

_____
MONTE C. RICHARDSON
United States Magistrate Judge